IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHERINE MONSON, individually and on behalf of others similarly situated | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO: 4:23-cv-00928 |
| MCCLENNY, MOSELY & ASSOCIATES; JAMES MCCLENNY; JOHN ZACHARY MOSELEY; TORT NETWORK, LLC; AND APEX ROOFING AND RESTORATION, LLC | § § § § § § § § | |
| *Defendants.* | § | |

## UNOPPOSED MOTION TO WITHDRAWAL AS COUNSEL FOR DEFENDANTS

Counsel for Defendants McClenny, Moseley & Associates, James McClenny, and Zach Moseley ("MMA Defendants") files this Unopposed Motion to Withdrawal as Counsel. Counsel for MMA Defendants respectfully requests that the Court grant its request to withdraw as counsel for MMA Defendants, and enter an order to all parties of record that Dale Jefferson and Raul H. Suazo and the law firm Martin, Disiere, Jefferson & Wisdom, L.L.P. no longer represent Defendants McClenny, Moseley & Associates, James McClenny, and Zach Moseley. The undersigned counsel has notified each of the MMA Defendants of their intent to withdraw as their counsel and has delivered a copy of this Motion to them. Should the Court grant this Motion, Counsel will notify Defendants of the Order entered by the Court. The withdrawal is necessitated because of financial issues and more particularly issues associated with coverage involving MMA Defendants insurer thus leaving a significant likelihood that counsel will not be compensated for its time. Counsel has notified MMA Defendants a proposed docket control

order was submitted but not yet signed, thus leaving no deadlines currently in place. There is no outstanding discovery that has been served, and no discovery responses are due at the time of this motion being filed. The contact information for the clients going forward for purposes of notice of pleadings and other matters is as follows:

>John Zachary Moseley
>1415 Louisiana St., Suite 2900
>Houston, TX 77002
>(844) 662-7552
>zach@mma-pllc.com
>
>James Marshall McClenny
>380 Ridgelake Scenic Dr.
>Montgomery, TX 77316
>(832) 414-1843
>james@chargerlaw.com
>
>McClenney Mosely & Associates
>1415 Louisiana St., Suite 2900
>Houston, TX 77002
>(844) 662-7552
>zach@mma-pllc.com

>Respectfully submitted,
>
>MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
>
>By: /s/ *Dale Jefferson*
>    Dale Jefferson
>    Texas Bar No. 10607900
>    Federal ID No. 9116
>    jefferson@mdjwlaw.com
>    Raul H. Suazo
>    Texas Bar No. 24003021
>    Federal ID No. 22844
>    suazo@mdjwlaw.com
>808 Travis Street, Suite 1100
>Houston, Texas 77002
>(713) 632-1700
>(713) 222-0101 (Facsimile)
>
>**ATTORNEYS FOR DEFENDANTS,**

        **MCCLENNY, MOSELEY & ASSOCIATES, PLLC, JAMES MCCLENNY, AND JOHN ZACHARY MOSELEY**

## CERTIFICATE OF CONFERENCE

      This is to certify that counsel for Defendants have conferred with our clients and conferred with all lawyers on this case and all counsel are opposed. The clients expressed no opposition to the motion when advised of the same.

                            */s/ Dale Jefferson*
                            Dale Jefferson

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been served on the 14th of September 2023, in accordance with the Federal Rules of Civil Procedure through the CM/ECF system, to:

| | |
|---|---|
| Jonathan Percy Lemann<br>COUHIG PARTNERS, LLC<br>3250 Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163<br>Telephone: (504) 588-1288<br>Facsimile: (504) 588-9750<br>***Attorney for Plaintiff*** | David J. Schenck<br>Clay A. Cossé<br>Alexandra M. Twiss<br>Alexandria R. Rahn<br>DYKEMA GOSSETT PLLC<br>1717 Main Street, Suite 4200<br>Dallas, Texas 75201<br>Telephone: (214) 462-6400<br>Facsimile: (214) 462-6401<br>***Attorneys for Defendant Tort Network, LLC d/b/a Velawcity*** |
| John Zachary Moseley<br>1415 Louisiana St., Suite 2900<br>Houston, TX 77002<br>(844) 662-7552<br>zach@mma-pllc.com | James Marshall McClenny<br>380 Ridgelake Scenic Dr.<br>Montgomery, TX 77316<br>(832) 414-1843<br>james@chargerlaw.com |
| McClenney Mosely & Associates<br>1415 Louisiana St., Suite 2900<br>Houston, TX 77002<br>(844) 662-7552<br>zach@mma-pllc.com | |

                                                            */s/ Dale Jefferson*
                                                             Dale Jefferson