United States District Court
Southern District of Texas
**ENTERED**
October 02, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **KATHERINE MONSON, individually and on behalf of others similarly situated** § § § | | |
| *Plaintiff,* § § | | |
| v. § § | CIVIL ACTION NO: 4:23-cv-00928 | |
| **MCCLENNY, MOSELY & ASSOCIATES; JAMES MCCLENNY; JOHN ZACHARY MOSELEY; TORT NETWORK, LLC; AND APEX ROOFING AND RESTORATION, LLC** § § § § § § § | | |
| *Defendants.* § | | |

## ORDER GRANTING COUNSEL FOR DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Came on before the Court Counsel for Defendant McClenny, Mosely & Associates, James McClenny, and Zach Moseley's Unopposed Motion to Withdraw as Counsel. After reviewing the motion, the Court finds it should be GRANTED.

It is therefore ORDERED that Dale Jefferson and Raul H. Suazo and Martin, Disiere, Jefferson & Wisdom, LLP (and any attorneys employed thereby) are withdrawn from representing Defendant McClenny, Mosely & Associates, James McClenny, and Zach Moseley.

SIGNED this 2nd day of October, 2023.

_____
HONORABLE JUDGE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE