United States District Court
Southern District of Texas
**ENTERED**
October 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHERINE MONSON, individually and on behalf of others similarly situated | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO: 4:23-cv-00928 |
| MCCLENNY, MOSELY & ASSOCIATES; JAMES MCCLENNY; JOHN ZACHARY MOSELEY; TORT NETWORK, LLC; AND APEX ROOFING AND RESTORATION, LLC | § § § § § § § | |
| *Defendants.* | § § | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. November 15, 2023 — **MOTIONS TO AMEND THE PLEADINGS**

2. November 15, 2023 — **MOTIONS TO ADD NEW PARTIES:** The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. This deadline does not apply to class members who timely opt-in to this matter.

3. January 15, 2024 — **MOTION TO CERTIFY CLASS:** The party seeking certification will file a motion and supporting memorandum by this date.

4. December 20, 2024 — **ALTERNATIVE DISPUTE RESOLUTION DEADLINE.**

5. May 15, 2024 — Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

| | | |
|---|---|---|
| 6. | July 15, 2024 | Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). |
| 7. | November 15, 2024 | **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 8. | | **LIMITS ON DISCOVERY** N/A |
| 9. | December 15, 2024 | **DISPOSITIVE MOTIONS** |
| 10. | November 15, 2024 | **ALL OTHER PRETRIAL MOTIONS** |
| 11. | March 14, 2025 | **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| 12. | April 4, 2025 1:30 P.M. | **DOCKET CALL** Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| 13. | April 8, 2025 9:00 A.M. | **BENCH TRIAL** Case is subject to being called to trial on short notice during this month. |

Estimated Trial Time: 5 days.

SIGNED on October 2, 2023 at Houston Texas.

_____
ALFRED H. BENNETT, UNITED STATES DISTRICT JUDGE

2