United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Katherine Monson, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>McClenny Moelsey & Associates, James McClenny, John Zachary Moseley, Tort Network, LLC, Equal Access Justice Fund LP, and EAJF ESQ Fund LP,<br><br>*Defendants.* | Civil Action No. 4:23-cv-00928 |

## ORDER STRIKING DISCOVERY FILINGS

On September 13, 2024, Defendants Equal Access Justice Fund LP and EAJF ESQ Fund LP (collectively, "EAJF") filed their expert witness designations. Dkt. 87. This information must be *disclosed* to other parties, *see* Fed. R. Civ. P. 26(a)(1)(2), but such "discovery material shall not be filed with the clerk." S.D. Tex. L.R. 5.4. It is therefore **ORDERED** that EAJF's designation of expert witnesses (Dkt. 87) be **STRICKEN**.

Signed on September 16, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge