United States District Court
Southern District of Texas
**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Katherine Monson, individually and on behalf of others similarly situated, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 4:23-cv-00928 |
| v. | § § | |
| McClenny, Moseley & Associates, PLLC, James McClenny, John Zachary Moseley, Tort Network, LLC, and Apex Roofing and Restoration, LLC, | § § § § § § | |
| *Defendants.* | § § | |

## ORDER STRIKING DISCOVERY MOTION

On October 4, 2024, Defendant Tort Network, LLC filed a motion to quash or modify a notice to take the deposition of its corporate representative. Dkt. 97. This document does not comply with the Court's procedures, which forbid parties from filing discovery motions without first submitting a two-page pre-motion letter and then obtaining permission from the Court. *See* Judge Alfred H. Bennett, Court Procedures and Practices § B(4). It is therefore **ORDERED** that Defendant Tort Network, LLC's motion to quash (Dkt. 97) be **STRICKEN**.

Moreover, Tort Network's submission fails to indicate that it properly conferred with Monson regarding the disputed issues. The Court further

cautions Plaintiff Katherine Monson that she must properly confer with Defendant Tort Network, LLC regarding deposition dates. It is therefore **ORDERED** that the parties **confer either in person or by Zoom** regarding the issues underlying Tort Network's now-stricken submission **before** seeking Court intervention. This Court takes seriously its mandatory obligation to impose fee-shifting against any party who lacks substantial justification for its conduct in discovery.

    Signed on October 7, 2024, at Houston, Texas.

                                                _____
                                                Yvonne Y. Ho
                                                United States Magistrate Judge