## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **KATHERINE MONSON, individually and on behalf of all others similarly situated** | § § § | |
| **Plaintiff,** | § § | |
| | § | **Civil Action No. 4:23-cv-00928** |
| **v.** | § § | |
| **MCCLENNY, MOSELEY & ASSOCIATES; JAMES MCCLENNY; JOHN ZACHARY MOSELEY; TORT NETWORK, LLC; EQUAL ACCESS JUSTICE FUND LP; and EAJF ESQ FUND LP** | § § § § § § | |
| **Defendants.** | | |

### DYKEMA'S NOTIFICATION PURSUANT TO COURT ORDER

On October 7, 2024, attorneys David A. Schenck, Clay A. Cossé, and Alexandria Twiss, and their law firm, Dykema Gossett PLLC (collectively, "Dykema") filed a motion to withdraw as counsel for Defendant Tort Network, LLC D/B/A Velawcity ("Velawcity"). On October 8, 2024, this Court ordered Dykema to provide notice to Velawcity that (1) a business association cannot appear in federal court *pro se* and thus must obtain other counsel; and (2) Velawcity's failure to promptly obtain new counsel may result in the Court's granting of a default judgment thereafter against it. Further, the Court ordered that Dykema provide a copy of its October 8th Order [Dkt. #104] to Velawcity.

On October 10, 2024 Dykema provided a copy of the Court's Order to Defendant, Velawcity, via email correspondence. In this email, Dykema informed Velawcity that it cannot represent itself *pro se* in federal court and thus Velawcity must obtain other counsel. Dykema also informed Velawcity that failure to promptly obtain new counsel may result in the Court's granting of a default judgement against Velawcity. A copy of this communication has been attached to this

Reply as Exhibit "A". In response, Velawcity stated that it is currently seeking new counsel to represent it in this lawsuit.

## PRAYER

WHEREFORE, Dykema has demonstrated good cause for entry of an order authorizing Dykema to withdraw as counsel for Velawcity immediately, and for such other relief as may be warranted under the circumstances.

Respectfully submitted,

By: */s/ David J. Schenck*
David J. Schenck
Attorney-In-Charge
State Bar No. 17736870
Fed. Id. #330018 Southern District of Texas
Email: dschenck@dykema.com
Clay A. Cossé
State Bar No. 24071246
Fed. Id. #1635439 Southern District of Texas
Email: ccosse@dykema.com
Alexandra M. Twiss
State Bar No. 24082511
Fed. Id. #3556689 Southern District of Texas
Email: atwiss@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Ste. 4200
Dallas, TX 75201
Telephone:  214.462.6400
Fax:  214.462.6401

**ATTORNEYS FOR DEFENDANT**
**TORT NETWORK LLC D/B/A VELAWCITY**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 10, 2024, a true and correct copy of the foregoing was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

<u>*/s/ Alexandria Twiss*</u>
Alexandria M. Twiss