United States District Court
Southern District of Texas
**ENTERED**
October 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Katherine Monson, individually and on behalf of others similarly situated, § § § § § *Plaintiff,* § § v. § § McClenny, Moseley & Associates, PLLC, James McClenny, John Zachary Moseley, Tort Network, LLC, and Apex Roofing and Restoration, LLC, § § § § § § § § *Defendants.* § | Civil Action No. 4:23-cv-00928 |

## ORDER SETTING HEARING

Counsel shall appear for a hearing on the motion to withdraw filed by counsel for Defendant Tort Network (Dkt. 103), on

**October 29, 2024, at 9:00 AM, by Zoom.**

It is further **ORDERED** that a <u>representative of Tort Network must appear at the hearing</u>.

Signed on October 22, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge